# EXHIBIT 2

US00D621078S

## (12) United States Design Patent
Boschetto

(10) Patent No.: **US D621,078 S**
(45) Date of Patent: ⁕⁕ **Aug. 3, 2010**

(54) **WINDOW MOUNTED ELECTRIC CANDLE**

(75) Inventor: **Andrew Boschetto**, Sewell, NJ (US)

(73) Assignee: **International Marketing Corporation**, Turnersville, NJ (US)

(⁕⁕) Term: **14 Years**

(21) Appl. No.: **29/336,593**

(22) Filed: **May 6, 2009**

(51) **LOC (9) Cl.** .................................................. **26-01**
(52) **U.S. Cl.** ..................................................... **D26/20**
(58) **Field of Classification Search** ............. D26/1–23, D26/114–137; D11/117; 428/7–11; 431/291, 431/311, 320, 298, 288; 362/161–163, 351, 362/569, 392
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,355,696 | A | * 10/1920 | Ross | 431/297 |
| D69,753 | S | 3/1926 | Fields | D9/653 |
| D69,880 | S | 4/1926 | Fields | D9/653 |
| D85,929 | S | * 1/1932 | Graff | D26/96 |
| D85,930 | S | * 1/1932 | Graff | D26/96 |
| D149,599 | S | 5/1948 | Wilson | D26/20 |
| 2,499,731 | A | * 3/1950 | Derington | 40/541 |
| D158,146 | S | * 4/1950 | Strayline | D26/96 |
| D204,898 | S | * 5/1966 | Gross | D26/96 |
| 3,340,391 | A | * 9/1967 | Heyden | 362/190 |
| D261,179 | S | 10/1981 | Alley | |
| 4,392,191 | A | 7/1983 | White | |
| D320,864 | S | 10/1991 | Boschetto | |
| 5,199,781 | A | 4/1993 | Sweeny | |
| D403,440 | S | 12/1998 | Holmes et al. | |
| D481,152 | S | * 10/2003 | Tell et al. | D26/96 |
| 6,808,297 | B2 | * 10/2004 | Jensen et al. | 362/392 |
| D501,360 | S | * 2/2005 | Levinger | D7/416 |
| D507,062 | S | * 7/2005 | Boschetto | D26/9 |
| 6,981,786 | B2 | 1/2006 | Yao et al. | |
| D527,484 | S | * 8/2006 | Fussell et al. | D26/96 |
| 7,182,489 | B2 | 2/2007 | Yao et al. | |
| D542,429 | S | * 5/2007 | Keith | D26/9 |

* cited by examiner

*Primary Examiner*—T. Chase Nelson
*Assistant Examiner*—Ania K Dworzecka
(74) *Attorney, Agent, or Firm*—Berenato & White, LLC

(57) **CLAIM**

The ornamental design for a window mounted electric candle, as shown and described.

**DESCRIPTION**

FIG. **1** is a front, top and left perspective view of a window mounted electric candle or similar article showing my new design;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a right side elevational view thereof;

FIG. **5** is a left side elevational view thereof;

FIG. **6** is a top plan view thereof;

FIG. **7** is a bottom plan view thereof; and,

FIG. **8** is a rear elevational view shown in use.

In the drawings, the broken lines shown in the Figures depict unclaimed subject matter only and form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



**U.S. Patent**  Aug. 3, 2010  Sheet 1 of 5  US D621,078 S

Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6



Fig. 7



Fig. 8

