# EXHIBIT 3

ITEM NAME: SLANT BO/LED
          CANDLE BRASS
SKU NO.: 805490
QUANTITY:    1     PC
MADE IN CHINA