# EXHIBIT 4



ITEM NAME: SLANT BO/LED
CANDLE BRASS
SKU NO.: 805490
QUANTITY:     1     PC
MADE IN CHINA